## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**COREY DESHUN HALL, SR.**                                                 **PLAINTIFF**

**V.**                              **CASE NO. 4:18-cv-894-JM-BD**

**NICHOLS, et al.**                                                        **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Hall has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Hall's claims against Defendants Calvin, Austin, and Waters are DISMISSED, without prejudice. Defendants Calvin, Austin, and Waters are DISMISSED from this lawsuit.

IT IS SO ORDERED, this 7th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE