IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COREY DESHUN HALL, SR.                                                     PLAINTIFF

V.                              CASE NO. 4:18-cv-894-JM-BD

CASANDRA NICHOLS, *et al.*                                           DEFENDANTS

RECOMMENDED DISPOSITION

I.      Procedures for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Judge James

M. Moody Jr. Any party may file written objections to this Recommendation. Objections

should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk

within 14 days of this Recommendation. And, if no objections are filed, Judge Moody

can adopt this Recommendation without independently reviewing the record. By not

objecting, parties may waive your right to appeal.

II.     Discussion

Plaintiff Corey Deshun Hall, a pretrial detainee in the Pulaski County Detention

Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket

entry #2) Mr. Hall claims that Defendant Nichols used excessive force against him when

she sprayed him with a chemical agent without cause.[1]

---

[1]All other Defendants were previously dismissed from the lawsuit. (#8)

Defendant Nichols has now filed a motion to dismiss on grounds that Mr. Hall has failed to timely respond to discovery requests and a court order requiring him to respond. (#24) Mr. Hall has not responded to the motion to dismiss.

Defendant Nichols first filed a motion to compel on June 10, 2019. (#21) On June 12, 2019, the Court ordered Mr. Hall to respond to the outstanding discovery requests within 14 days of the order or explain why the motion to compel should not be granted. (#22) On June 25, 2019, Mr. Hall apparently provided some responses to interrogatories, but he did not include an executed medical authorization form. (#24-1) On June 28, 2019, the Court granted the motion to compel and ordered Mr. Hall to file responses by July 12, 2019, or risk dismissal of his lawsuit. (#23)

To date, Mr. Hall has failed to comply with the Court's June 28, 2019 Order compelling him to respond to outstanding discovery. Accordingly, Mr. Hall's lawsuit should be DISMISSED, without prejudice, for failing to respond to discovery requests and for failure to fully comply with a Court Order. *See* Federal Rule of Civil Procedure 37(b)(2)(A)(v) and Rule 41(b).

## III.    Conclusion

The Court recommends that Defendant Nichols's motion to dismiss (#24) be GRANTED. Mr. Hall's lawsuit should be DISMISSED, without prejudice.

DATED, this 14th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE