# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**COREY DESHUN HALL, SR.**                                           **PLAINTIFF**

V.              **CASE NO. 4:18-cv-894-JM-BD**

**CASANDRA NICHOLS,** *et al.*                                      **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Nichols's motion to dismiss (#24) is GRANTED. Mr. Hall's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 5th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE