# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**COREY DESHUN HALL, SR.**                                                                     **PLAINTIFF**

**V.**                      **CASE NO. 4:18-cv-894-JM-BD**

**CASANDRA NICHOLS,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of September, 2019.

                                                                       _____
                                                                       James M. Moody Jr
                                                                       United States District Judge